# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Robbie L. Burris<br>a/k/a "Country Guy" | )<br>)<br>)<br>)<br>) Case No: 2:10CR00026-009<br>) USM No: 09854-028 |
| Date of Original Judgment: 04/30/2012<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Sara Varner<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 144 months **is reduced to** 109 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

The previous term of imprisonment imposed was more than the guideline range applicable to the defendant at the time of sentencing as a result of a binding plea agreement, and the reduced sentence is comparably more than the amended guideline range.

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _____
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated 04/30/2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: October 30, 2018

*Judge's signature*

Effective Date: _____
*(if different from order date)*

*for* Honorable Jane Magnus-Stinson, Chief Judge
*Printed name and title*